IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00511-EWN-BNB

JENNIFER SERLES, as Wrongful Death Claimant
and Surviving Spouse of her Husband,
Timothy Serles, Deceased

                Plaintiff

v.

HELEN BAILON and DONALD BAILON,
as guardians and next friends of GERALD BAILON, Minor,
and STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY

                Defendants

## UNOPPOSED MOTION TO AMEND CAPTION

Defendant STATE FARM FIRE AND CASUALTY COMPANY, incorrectly identified in the pleadings as STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY (hereinafter "Defendant State Farm"), by and through its counsel, CAIN & HAYTER, LLP, hereby moves this Court for an Order amending the caption in this case, and as grounds therefore, states as follows:

1. *Certification pursuant to D.C.Colo.LCivR. 7.1:* The undersigned counsel for Defendant has conferred with counsel for Plaintiff regarding the relief sought by the Motion. Plaintiff's counsel **does not** oppose the relief requested. However, pursuant to paragraph 36 of the Plaintiff's Amended Complaint, Plaintiff has made it clear that the Bailon named Defendants have not and will not be served in this case. As such, the undersigned does not believe it would be proper to confer with the Bailon named Defendants.

2.	It is Defendant State Farm's position that it was originally incorrectly named as a Defendant under the name State Farm Mutual Automobile Insurance Company. In it's Answer, Defendant State Farm objected and provided notice of the improperly-named party and further stated the correct name of Defendant is State Farm Fire and Casualty Company.

3.	Plaintiff's counsel has recently stated to the undersigned that, upon his review, his client's policy copy references **both** State Farm Mutual Automobile Insurance Company **and** State Farm Fire and Casualty, which apparently caused confusion. **Certainly, Defendant State Farm is not making an issue regarding this matter other than to request that the caption be amended to reflect the proper name, to which Plaintiff does not object.**

4.	State Farm Fire and Casualty Company is the insurance company which issued the subject insurance policy applicable to the subject accident, and, accordingly, would be the proper named Defendant in this case. In support of same, copies of said State Farm Fire and Casualty Company insurance policy and a Certificate of Coverage are attached herein as **Exhibit A**. (Underline in Exhibit A added.)

5.	Counsel for Defendant State Farm therefore moves for the caption of this matter to be amended so that it reflects the proper name of the Defendant, State Farm Fire and Casualty Company.

WHEREFORE, Defendant State Farm prays for an Order amending the caption in this action to reflect State Farm Fire and Casualty Company as a Defendant, that the Order reflect the caption change. A proposed Order granting the Motion to Amend Caption

reflecting the caption change is attached for the Court's convenience.

RESPECTFULLY SUBMITTED on this the 22nd day of April, 2008.

    CAIN & HAYTER, LLP

*Duly signed original on file at the offices of Cain & Hayter, LLP*

/s/ *Craig W. Cain*
Craig W. Cain, No. 15930
Jennifer L. White, No. 36466
1555 Quail Lake Loop, Suite 100
Colorado Springs, Colorado  80906
Telephone: (719) 575-0010
Facsimile: (719) 575-0020
E-mail: ccain@cainhayter.com
E-mail: jwhite@cainhayter.com
**Counsel for Defendant**
***State Farm Fire and Casualty Company***

## CERTIFICATE OF SERVICE

I hereby certify that, pursuant to C.R.C.P. 5, I filed a true and correct copy of the foregoing **DEFENDANT STATE FARM FIRE AND CASUALTY COMPANY'S UNOPPOSED MOTION TO AMEND CAPTION**, via ECF system on this the 22nd day of April, 2008 and served the following via U.S. Mail:

Shannon Reed, Esq.
Mullans, Piersel & Reed, P.C.
1311 N. Greenwood
Pueblo, CO  81003
***Counsel for Plaintiff***

(Duly signed copy on file at the offices of Cain & Hayter, LLP)

/s/ *Ann M. Walker*
Ann M. Walker, Paralegal