IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00511-EWN-BNB

JENNIFER SERLES, as wrongful death claimant and surviving spouse of her husband, Timothy Serles, deceased,

Plaintiff,

v.

HELEN BAILON and DONALD BAILON, as guardians and next friends of GERALD BAILON, minor, and
STATE FARM FIRE AND CASUALTY COMPANY,

Defendants.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Unopposed Motion to Amend Caption** [docket no. 10, filed April 22, 2008] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and all parties and the Clerk of the Court are advised that the above caption is amended to change the name of defendant State Farm Mutual Automobile Insurance Company to the following on all future filings: STATE FARM FIRE AND CASUALTY COMPANY.


DATED:  April 23, 2008