IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00511-EWN-BNB

JENNIFER SERLES, as wrongful death claimant and surviving spouse of her husband, Timothy
Serles, deceased,

Plaintiff,

v.

HELEN BAILON and DONALD BAILON, as guardians and next friends of GERALD
BAILON, minor, and
STATE FARM FIRE AND CASUALTY COMPANY,

Defendants.

_____

**MINUTE ORDER**
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

        This matter is before the Court on the **Unopposed Motion to Amend Caption** [docket
no. 17, filed May 13, 2008] (the "Motion").

        IT IS ORDERED that the Motion is GRANTED and the Clerk of the Court is directed to
amend the caption to remove defendants Helen Bailon and Donald Bailon, as guardians and next
friends of Gerald Bailon, minor.  Parties are to show as the only defendant STATE FARM FIRE
AND CASUALTY COMPANY on all future filings.


DATED:  May 15, 2008