IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 08-cv-00511-EWN-BNB

JENNIFER SERLES, as wrongful death claimant and surviving spouse of her husband, Timothy Serles, deceased,

Plaintiff,

v.

STATE FARM FIRE AND CASUALTY COMPANY,

Defendant.

_____

**ORDER**
_____

This matter was set for a preliminary pretrial conference to occur this morning at 8:30 a.m. The lawyers were granted leave to appear by telephone. Despite repeated efforts, no satisfactory telephone connection ever was established.

IT IS ORDERED that a supplemental preliminary pretrial conference is set for **September 29, 2008, at 9:00 a.m.,** in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado. Counsel may appear at the supplemental preliminary pretrial conference by telephone.

IT IS FURTHER ORDERED that counsel for the plaintiff shall coordinate a conference call for all counsel appearing at the supplemental preliminary pretrial conference by telephone through a commercial conference call operator to avoid the technical issues that prevented the conference from successfully occurring today.

Dated September 24, 2008.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge