IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 08-cv-00511-EWN-BNB

JENNIFER SERLES, as wrongful death claimant and surviving spouse of her husband, Timothy Serles, deceased,

Plaintiff,

v.

STATE FARM FIRE AND CASUALTY COMPANY,

Defendant.
_____

**ORDER**
_____

The parties appeared yesterday for a preliminary pretrial conference. The proposed preliminary pretrial order was refused for the reasons stated on the record.

IT IS ORDERED that the parties shall prepare a revised proposed preliminary pretrial order, modified as discussed at the conference yesterday, and submit it to the court on or before **October 10, 2008**.

Dated September 30, 2008.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge