IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00511-CMA-BNB

JENNIFER SERLES, as wrongful death claimant and surviving spouse of her husband, Timothy Serles, deceased,

Plaintiff,

v.

STATE FARM FIRE AND CASUALTY COMPANY,

Defendant.

_____

**MINUTE ORDER**
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Defendant State Farm Fire and Casualty Company's Unopposed Motion to Vacate Settlement Conference of 12/3/08** [docket no. 48, filed November 24, 2008] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and the Settlement Conference set for December 3, 2008, is **VACATED**, to be reset upon the request of the parties.


DATED: November 24, 2008