IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Civil Action No. 08-cv-00511-CMA-BNB

JENNIFER SERLES, as wrongful death claimant and surviving spouse of her husband, Timothy Serles, Deceased,

    Plaintiff,

v.

STATE FARM FIRE AND CASUALTY COMPANY,

    Defendant.

## ORDER TO RESCHEDULE FINAL TRIAL PREPARATION CONFERENCE

This matter is before the Court *sua sponte*. Because a conflict has arisen on the Court's docket, it is hereby

ORDERED that the Final Trial Preparation Conference currently set for July 2, 2009 is RESCHEDULED to **July 13, 2009 at 10:30 a.m.**

DATED: May   12  , 2009

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge